UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT TUCK, et al.,                       No. C-12-01796 DMR

      Plaintiffs,                          **ORDER TO SHOW CAUSE**

   v.

WELLS FARGO HOME MORTGAGE, et al.,

      Defendants.
_____/

     Defendant Wells Fargo Bank, N.A. filed a motion to dismiss which is set for a hearing on June 14, 2012. Pursuant to Civil Local Rule 7-3, any brief in opposition to Defendant's motion was due on May 4, 2012, but no such opposition has been received. <u>Plaintiffs Robert Tuck and Patricia Berkowitz are ordered to respond by May 30, 2012, and show cause for their failure to respond</u> to the motion in accordance with Civil Local Rule 7-3(a) or alternatively to file a statement of nonopposition to the motion as required by Civil Local Rule 7-3(b). This order to show cause does not constitute permission to file a late opposition. If Plaintiffs do not respond timely to the order to show cause, Defendant's motion may be granted and/or the action may be dismissed for failure to prosecute.

     IT IS SO ORDERED.

Dated: May 23, 2012

                                                             DONNA M. RYU
                                                             United States Magistrate Judge

United States District Court
For the Northern District of California