United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT TUCK, et al., | No. C-12-01796 DMR |
| Plaintiffs, | **ORDER GRANTING LEAVE TO FILE LATE OPPOSITION AND CONTINUING MOTION HEARING** |
| v. | |
| WELLS FARGO HOME MORTGAGE, et al., | |
| Defendants. _____/ | |

On May 30, 2012, Plaintiffs timely filed a response to the Order to Show Cause issued by the court on May 23, 2012, for failure to respond to the motion to dismiss filed by Defendant Wells Fargo Bank, N.A. Doc. no. 16. Defendant filed an opposition to Plaintiffs' response on May 31, 2012. Doc. no. 17.

Plaintiffs' counsel represents that his failure to file an opposition to Defendant's motion was caused by failure to calendar the deadlines after this action was removed. Doc. no. 16 ¶ 8. Attorneys admitted to practice in this court are expected to know and follow the Federal Rules of Civil Procedure as well as the Northern District of California's Local Rules and standing orders. The court notes Defendant's objection to Plaintiffs' response on the ground that failure to calendar court deadlines do not constitute good cause. However, the court determines that Plaintiffs' counsel has adequately explained the cause for failure to respond to the motion and that the delay caused by Plaintiff's failure to file a timely opposition has not caused substantial prejudice. The Order to Show Cause is hereby discharged.

The court further grants Plaintiffs' request for leave to file a late opposition to Defendant's motion to dismiss. In light of the ADR telephone conference scheduled to be held on June 11, 2012, the court finds it would be most efficient to set a deadline of June 14, 2012 for Plaintiffs to file an opposition to the motion to dismiss. Defendant Wells Fargo may file a reply by June 28, 2012. The hearing on the motion to dismiss is hereby continued from June 14, 2012 to **July 12, 2012 at 11:00 a.m.** in Courtroom 4.

IT IS SO ORDERED.

Dated: June 1, 2012

DONNA M. RYU
United States Magistrate Judge

2